AO 240 (Rev. 6/86)  Application to Proceed

**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

# United States District Court

SEP 12 1994

DAVID J. MALAND, CLERK

EASTERN _____ DISTRICT OF _____ TEXAS

Cameron County Jail
( medical Personnel )

v.

Gustavo Almaguer

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER**

CASE NUMBER: 6:94 CV 720

B-94-328

I, Gustavo Almaguer _____, declare that I am the (check appropriate box)

☒ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant          ☐ _____
                                          *other*

in the above-entitled proceeding; that, in support of my request to proceed without being
required to prepay fees, cost or give security therefor, I state that because of my poverty, I
am unable to pay the costs of said proceeding or give security therefor; that I believe I am
entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend
to present on appeal are briefly stated as follows:

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By:_____

In further support of this application, I answer the following questions.

  1. Are you presently employed?                    Yes ☐    No ☒
     a. If the answer is "yes," state the amount of your salary or wages per month, and
        give the name and address of your employer. (list both gross and net salary)




     b. If the answer is "no," state the date of last employment and the amount of the
        salary and wages per month which you received.




     a. Business profession or other form of self-employment      Yes ☐    No ☒
     b. Rent payments, interest or dividends?                      Yes ☐    No ☒
     c. Pensions, annuities or life insurance payments?            Yes ☐    No ☒
     d. Gifts or inheritances?                                     Yes ☐    No ☒
     e. Any other sources?                                         Yes ☐    No ☒

CutePDF - www.fooio.com

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Yes ☑️   No ☐   (Include any funds in prison accounts.)
If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
Yes ☐   No ☑️
If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/6/94
(Date)

_Gustavo Almaguer_
Signature of Applicant

---

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 0.64
on account to his credit at the ___Holliday Unit___
institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

Authorized Officer of Institution

---

## ORDER OF COURT

The application is hereby denied

United States Judge          Date

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

United States Judge          Date