COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT (TDCJ PRISONERS)

Tendered for Filing
on SEP 09 1994

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 12 1994
DAVID J. MALAND, CLERK
DEPUTY

Gustavo Almaguer #673522

_____

(Enter above the full name and Inmate
Number of each plaintiff in this action.)

vs. Cameron County Jail (Medical Personnel.)

Mrs Alonso: RN  First name unknown
Mrs Mirna RN  Last name unknown
LT. Canul.  First name unknown. Joe Elizardi

6:94cv720

B-94-328

(Enter above the full name of each
defendant in this action. DO NOT USE "ET AL.")


I.  ATTEMPT TO SECURE COUNSEL:

The Judges of this Court have requested that you be informed that
they are without statutory authority to compensate an attorney in
an action brought by an indigent plaintiff under Title 42 U.S.C.
§1983. The State Bar of Texas sponsors a program for indigent
inmates who claim that their civil rights have been violated while
they have been in confinement and administrative remedies are in
the Courts. You may obtain more information on this program by
writing to the following:

                    Center for Correctional Services
                    State Bar of Texas
                    P. O. Box 12487
                    Austin, TX  78711


Please answer the following concerning your attempt to secure counsel:

A.  In the preparation of this suit, I have attempted to secure the aid
    of an attorney as follows: (Circle One).

    1.  Employ Counsel

    2.  My Court-Appointed Counsel

    3.  Inmate Legal Services Project of the State Bar of Texas

B.  The name(s) and address(es) of the attorney(s): ___NA___

_____

_____

2

- 2 -

C. Result of the conference with counsel: __NA__

II. PREVIOUS LAWSUITS:

   A. Have you begun or litigated any other lawsuits in state or federal court <u>relating</u> <u>to</u> <u>your</u> <u>imprisonment</u>?  ___YES  ✓NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: __NA__

      2. Parties to previous lawsuit:

         Plaintiff(s) __NA__

         Defendant(s) __NA__

      3. Court: (If federal, name the district; if state, name the county.) __NA__

      4. Docket Number: __NA__

      5. Name of judge to whom case was assigned: __NA__

      6. Disposition: (Was the case dismissed? appealed? still pending?) __NA__

      7. Approximate date of disposition: __NA__

III. PLACE OF PRESENT CONFINEMENT: __Holliday Unit, 600 I-45 Huntsville, Tx 77340__

   A. Is there a prisoner grievance procedure in this institution? ✓YES  ___NO

   B. Did you present the facts relating to this complaint in the state prisoner grievance procedure? ✓YES  ✓NO

   C. If your answer to "B" above is "Yes":

      1. What steps did you take? __Sick call requests slips and was given the run arounds__

      2. What was the result? __run arounds__

D.  If your answer to "B" on page 2 is "No," explain why not:
_____

IV. PARTIES TO THIS SUIT:

A.  Name and address of each plaintiff: Gustavo Almaguer
600 I-45 Huntsville, Tx 77340
_____

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing address</u>.

Defendant #1: Mrs Alonso; *First name unknown* R.N. at the Cameron County Jail, 1145 E. Harrison St Brownsville, Tx 78520

Defendant #2: Mrs Mirna *Last name unknown* R.N at the Cameron County Jail, 1145 E. Harrison St Brownsville, Tx 78520

Defendant #3: LT Canul *First name unknown* works at the Cameron County Jail, 1145 E. Harrison St Brownsville, TX 78520.

Defendant #4: Joe Elizardi, works at the Cameron County Jail, 1145 E. Harrison St Brownsville, Tx 78520

V.  STATEMENT OF CLAIM:

State here as briefly as possible the facts of your case. Describe how <u>each</u> defendant is involved. Include also the names of other persons involved, dates, and places. <u>Do not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra pages if necessary.)

On February 1993 I was hospitalized due to an accident that I had, two days right after I was released from hospital about March 14, 1993 I was arrested by Brownsville Police Deparment as a suspect of a crime, at the time of the arrest I had a cast on my right arm. I notified the Cameron County Jail Medical Staff

RN: Mrs Alonso, L.V.N: Mrs Mirna, RN: Oscar last name unknown. about my medical problem and about the appointment that I had, I had to go back to the hospital and get my hand checked, to make sure that the bones on my wrist were set right, but the medical staff just gave me the run arounds, even though I kept complaining about the severe pain in my wrist, the cast was too tight, couldn't even sleep at night, but I was just ignored. Medical staff didn't want to take me to the hospital, not even

VI. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff wants this Honorable Judge for 1.5 Million dollars for mental Stress mental Anguish, also for medical hand surgery.

Signed this 6 day of September, 19 94.
         (Date)              (month)            (year)

*Gustavo Almaguer*

(Signature of each plaintiff)

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 9/6/94
                date

*Gustavo Almaguer*

(Signature of each plaintiff)

was still messed up and notified the County medical staff to take me to the doctor that put the cast on, I was taken to see him twice &, on first visit he prescribed some medication, that never was given to me by medical staff at the Detention Center 1145 E. Harrison St Brownsville, Tx. 78520 Cell # B-3, I was seen by him about a month later, to check if my hand was getting any better but on second visit, he told me that County Jail didn't want to pay for any treatment or medication I could get so he didn't want to see me any more, I was sended back to County Jail without any treatment or medication, at the County Jail 3-DL cell I was forced to make what officers call (TALACHA) which is sweeping, mopping and scrubbing toilets and showers, doing all this duty's made my wrist hurt even more up to these date my wrist still bother me and nothing has been done. Everything that is said in these letter can be verified through my medical records at the County Jail 954 E. Harrison St Brownsville, Tx. 78520 and at the Detention Center 1145 E. Harrison St Cell B-3 Brownsville, Tx 78520.

to take the cast o.f; I kept sending sick call slips and requests slips, so they could take cast off since it was over due, but sick call slips and requests slips were never answered I was ignored, after one month and a half I'm trying to get the cast off I sended requests slips to Capitain Martinez, LT Canul, Chief Jailer Joe Elizardi but didn't get an answer to my request slips, not until Chief Jailer Joe Elizardi by chance visited my cell block 2 CL and then I had a chance to talk to him and explained to him my medical problem he saw my cast and next day I was taken to County Jail Infirmary and the cast was taken off Finally, almost 2 months over due it was taken off with real hot water and scissors which was very annoying and painfull, County Jail Infirmary didn't have the proper tools to take the cast off, and didn't want to take me to the hospital to take cast off, when the cast was taken off by RN Oscar last name unknown, he saw that my wrist wasn't healed properly, it (was angle upwards) I complained about it because it still bothered me when I moved my hand, but nothing was done about it, I kept sending requests slips to medical staff but I was threatened that I was going to be send to locked-up solitary. I sended requests slips to Capitain Martinez, LT Canul, appointment was made then to see a bone specialist but bone specialist didn't want to give any kind of treatment, or medication, he saw my hand and said that my wrist