ALMAGUER vs ALONSO ET AL 6:94cv720

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

## ORDER DESIGNATING MAGISTRATE JUDGES IN JUDGE JUSTICE'S COURT IN PRISONERS' PROCEEDINGS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 28 1994
DAVID J. MALAND, CLERK
BY DEPUTY _Rita Robben_

B-94-328

Hereafter, in each civil proceeding allotted to the undersigned judge that involves a prisoner or prisoners seeking leave to proceed *in forma pauperis*, a Magistrate Judge randomly selected by the United States District Clerk shall be, and is hereby, **DESIGNATED** to determine whether, congruent with 28 U.S.C. § 1915(d), the prisoner's financial status is such as to authorize the commencement and prosecution of the proceeding without prepayment of fees and costs or security therefor.

Further, if it is adjudged that plaintiff is authorized to proceed *in forma pauperis*, such Magistrate Judge is, in accordance with 28 U.S.C. § 636(b)(1)(A), hereby **DESIGNATED** to hear and determine any other pretrial matters pending in such proceeding, except for a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or to permit a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss such action.

Further, in relation to such proceeding, the Magistrate Judge shall be, and hereby is, **DESIGNATED**, in compliance with 28 U.S.C. §636(b)(1)(B), to conduct such hearings, including evidentiary hearings and hearings conformable to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), and *Flowers v. Phelps*, 956 F.2d 488 (5th Cir. 1992), as the Magistrate Judge may consider necessary, and thereafter to submit to the undersigned judge proposed findings of

fact and recommendations for the disposition, by the undersigned judge, of any matters that are excepted in the second paragraph of this order, which may include, without limitation, a recommendation as to whether such proceeding should be dismissed for frivolousness or maliciousness under 28 U.S.C. § 1915(d).

Further, the Magistrate Judge shall file proposed findings and recommendations pertaining to any of the matters alluded to in the third paragraph of this order with the Clerk of the court, and a copy shall be mailed to all parties, forthwith, by certified mail (return receipt requested).

Finally, issuance of summons is not required, in the event the application to proceed *in forma pauperis* is granted; instead, summons shall be issued only when so ordered by the Magistrate Judge, who shall have discretion to determine if and when it is appropriate.

It is so ORDERED.

SIGNED this 28th day of June, 1994.

FILED
U.S. DISTRICT COURT
EN DISTRICT OF TEXAS
SEP 12 1994

William Wayne Justice
United States District Judge

The following-named Magistrate Judge was randomly selected in Civil Action No. 6:94cv720, in accordance with the above order.

ROBERT W. FAULKNER

David J. Maland
United States District Clerk
By _____
Deputy Clerk

September 12, 1994
Date