# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

## TRACK ASSIGNMENT FORM

**CAUSE STYLE:**                    **CAUSE NO:** 6:94cv720

    GUSTAVO ALMAGUER
            vs
    (UNKNOWN) ALONSO, ET AL

In compliance with Article One of the Civil **Justice Expense and Delay Reduction Plan for the Eastern District of Texas**, adopted pursuant to the Civil Justice Reform Act of 1990, and after a review of the pleadings in the above styled cause, this action has been assigned to track __2__ for case management purposes.

SEP 20 1994
_____
Date

_____
Deputy Clerk

**NOTE RE: DISCLOSURE:** Please do not file disclosure materials with the clerk's office. Under our CJRA Plan, only notices of disclosures must be filed with us. <u>See</u> CJRA Plan, Article Two, Section 4.