=OD 10/11/94

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 0 5 1994

DAVID J. MALAND, CLERK
BY
DEPUTY Jeanette Jamison

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | |
| vs | § | CIVIL ACTION NO.: 6:94cv720 |
| CAMERON COUNTY JAIL, ET AL | § | |

B-94-328

**ORDER**

The Court has received the application for leave to proceed *in forma pauperis* submitted by the Plaintiff and has determined that such application has not been certified by an authorized official of the facility in which the Plaintiff is presently incarcerated. It is accordingly

**ORDERED** that the Plaintiff must submit application to proceed *in forma pauperis* which has been certified by an authorized officer of E&R Accounting Department in Huntsville, giving the inmate's present account balance and the average account balance for the preceding six months. The Clerk shall return the Plaintiff's application to proceed *in forma pauperis* so that the Plaintiff may obtain said certification. The Clerk shall retain a copy of said application in the file. Failure by the Plaintiff to return the completed form to this Court within thirty (30) days, or to show good cause for such failure, may result in a recommendation that the lawsuit be dismissed under Fed.R.Civ.P.41(b).

SIGNED this _5th_ day of October, 1994.

_____
UNITED STATES MAGISTRATE JUDGE

5