EOD 10-19-94

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 17 1994

DAVID J. MALAND, CLERK
BY
DEPUTY *Rita Robbins*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | |
| VS. | § | CIVIL ACTION NO. 6:94cv720 |
| MRS. ALONSO, ET AL. | § | |

## O R D E R

Came on for consideration plaintiff's motion to proceed *in forma pauperis*. Having considered same and determined that plaintiff meets the indigent status requirements of 28 U.S.C. § 1915, it is

**ORDERED** that plaintiff's motion to proceed *in forma pauperis* is **GRANTED** subject to a determination that the action should be dismissed because the allegation of poverty is untrue or the action is frivolous or malicious pursuant to 28 U.S.C. § 1915(d).

**SIGNED** this 17th day of October, 1994.

_____
ROBERT W. FAULKNER
UNITED STATES MAGISTRATE JUDGE

1