ntcomplycldl. 30days   F

PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! -- U.S. DISTRICT CLERK

RE: 6:94cv720 Almaguer

RECEIVED: ~~Holliday Transfer Facility~~

on this 18 day of OCT., 1994, at 8:50 a.m.

at HOLLIDAY TRANSFER FACILITY
(Name of Institution)

_____   X _____
Witness (if by mark)           (Signature, or mark, of addressee)

_____   Gustavo Almaguer
Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____, 199__, AT _____.
(Name of Institution)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

_____
Signature of Institution Delivering Agent

OCT 20 1994

_____
Witness

DAVID J. MALAND, CLERK
BY DEPUTY Loretta Rogers

8