RECEIVED 10/18/94
OCT 20 1994

Sir, today I received my application to proceed in Forma Pauperis which wasn't Certified by an authorized officer, giving my present account balance and the average account balance for the preceding six months.

Sir my application has been Certified by the authorized officer, I'm returning you the completed form, I have been in T.D.C. 3 months and 9 days, I'm mailing you also the copy of the money that I came into T.D.C. with on, (7/9/94) ← T.D.C received date.

Sir would you please let me know when you receive this letter.

thank you

very truly yours

authorized officer Signature
Commissary Manager

Gustavo Almaguer
# 673522
600 I-45 Holliday Unit
Huntsville, Tx.
77340