F

PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! -- U.S. DISTRICT CLERK

RE: B'94cv720 Almaguer

RECEIVED: Report of Recommendation

on this 10 day of 22, 1994, at 830 a.m./p.m.

at Holliday Unit
_____(Name of Institution)

_____     D. Almaguer
Witness (if by mark)     (Signature, or mark, of addressee)

XC
Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT OCT 27 1994 ON THIS _____ DAY OF _____, 199__, AT _____.

_____(Name of Institution)

Jeanette Jamison
Signature of Institution Delivering Agent

_____
Witness

B-94-328