IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GUSTAVO ALMAGUER | § |
| VS. | § CIVIL ACTION NO. 6:94cv720 |
| MRS. ALONSO, ET AL. | § |

B-94-328

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against Nurse Alonso, Nurse Mirna, Lt. Canul and Joe Elizardi.

The court heretofore referred this matter to the Honorable Robert W. Faulkner, United States Magistrate Judge, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A transfer order will be entered in this case in accordance with the magistrate judge's recommendations. The order referring this case to the magistrate judge is hereby **VACATED**.

SIGNED this 1st day of December, 1994.

WILLIAM WAYNE JUSTICE
UNITED STATES DISTRICT JUDGE