IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | |
| VS. | § | CIVIL ACTION NO. 6:94cv720 |
| MRS. ALONSO, ET AL. | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 08 1994
DAVID J. MALAND, CLERK
BY DEPUTY Jeanette Jamison

B-94-328

### ORDER TO TRANSFER

This action came on before the Court, Honorable William Wayne Justice, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that the above-styled action be **TRANSFERRED** to the Southern District of Texas, Brownsville Division, where venue is proper.

SIGNED this 8th day of December, 1994.

William Wayne Justice
WILLIAM WAYNE JUSTICE
UNITED STATES DISTRICT JUDGE

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: Jeanette Jamison