UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 17 1995

MICHAEL N. MILBY, Clerk
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | |
| VS | § | C.A. B-94-328 |
| UNIDENTIFIED ALONSO, RN, ET AL | § | |

U.S. DISTRICT COURT, CLERK
SOUTHERN DISTRICT OF TEXAS

FILED: 1-3-95

Michael N. Milby, Clerk

ORDER

Petitioner has been allowed to proceed in Forma Pauperis. The United States District Clerk is instructed to issue summons for service by the United States Marshal.

Done this 3rd. day of January 1995.

United States Magistrate Judge