14

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

United States District Court
Southern District of Texas
FILED

FEB  6 1995

Michael N. Milby
Clerk of Court

SOUTHERN       **DISTRICT OF**    TEXAS

BROWNSVILLE DIVISION

GUSTAVO ALMAGUER

## SUMMONS IN A CIVIL ACTION

**V.**

CASE NUMBER:      C.A. B-94-328

UNIDENTIFIED ALONSO, RN
MIRNA UNIDENTIFIED, RN
UNIDENTIFIED CANUL, LT.
JOE ELIZARDI

TO: (Name and Address of Defendant)

         Lt. Canul
         Cameron County Jail
         1145 E. Harrison St.
         Brownsville, Texas 78520

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

         Gustavo Almaguer
         Reg. #673522
         Holiday Unit
         600 IH 45
         Huntsville, Tx 77340

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**MICHAEL N. MILBY, CLERK**

CLERK

1/30/95

DATE

_Maxine Gazz_

BY DEPUTY CLERK

CMPDF - www.fesio.com

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2-2-95 |
| NAME OF SERVER (PRINT) Mary Bottomly | TITLE CIDUSM |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served : PACE High School

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 10miles 3.00 | SERVICES $40.00 | TOTAL $43.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-2-95
_Date_

_Signature of Server_ Mary Bottomly

U.S. MARSHAL
P.O. BOX 1585
BROWNSVILLE, TEXAS  78520
_Address of Server_

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.