AO 440 (Rev 1/90) Summons in a Civil Action

17

# United States District Court

United States District Court
Southern District of Texas
FILED

FEB 6 1995

Michael N. Milby
Clerk of Court

SOUTHERN **DISTRICT OF** TEXAS
BROWNSVILLE DIVISION

GUSTAVO ALMAGUER

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: C.A. B-94-328-4

UNIDENTIFIED ALONSO, RN
MIRNA UNIDENTIFIED, RN
UNIDENTIFIED CANUL, LT.
JOE ELIZARDI

TO: (Name and Address of Defendant)

Joe Elizardi
Cameron County Jail
1145 E. Harrison St.
Brownsville, Texas 78520

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gustavo Almaguer
Reg. #673522
Holiday Unit
600 IH 45
Huntsville, Tx 77340

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**MICHAEL N. MILBY, CLERK**         1/30/95
CLERK                                DATE

*Maurine Garza*
BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 2-2-95 |
| NAME OF SERVER (PRINT) Mary Bottomly | TITLE CIDUSM |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Cameron County Jail

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 5 miles $1.5 | SERVICES $40.00 | TOTAL $41.50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-2-95
           Date

Signature of Server   Mary Bottomly

U.S. MARSHAL
P.O. BOX 1585
BROWNSVILLE, TEXAS 78520
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.