United States District Court
Southern District of Texas
Brownsville, Division

5/31/95

| | | |
|---|---|---|
| Gustavo Almaguer<br>Plaintiff | § | |
| v. | § | |
| Pauline Alonso, RN,<br>Mirna Unidentified, RN,<br>Unidentified Canul LT,<br>and Joe Elizardi<br>Defendants | §<br>§<br>§<br>§ | Case No.<br>B-94-328-4 |

## Motion For Appointment of Counsel

Plaintiff Gustavo Almaguer, pursuant to 28 U.S.C. § 1915, requests this Court to appoint Counsel to represent him in this Case for the following reasons:

1. Plaintiff is not able to afford Counsel.
2. The issues involved in this Case are Complex.
3. The prison limits the hours the plaintiff may have access to the prison library and the law materials Contained there are very limited.
4. Plaintiff has a limited Knowledge of the law.
5. The ends of justice would be best served in this Case if an Attorney was appointed to represent the plaintiff.

Gustavo Almaguer #673522
RT 3 Box 9800
Dayton, TX. 77535-9304

Gustavo Almaguer