United States District Court
Southern District of T[exas]
FILED

SEP 19 1995

Michael N. Milby
Clerk of Court

22

# THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

SEP 20 1995

MICHAEL N. MILBY, Clerk
By Deputy _____

| | |
|---|---|
| GUSTAVO ALMAGUER § | |
| § | |
| VS. § | CIVIL ACTION NO. B-94-328 |
| § | |
| PAULINE ALONSO, RN, MIRNA § | |
| UNIDENTIFIED, RN, UNIDENTIFIED § | |
| CANUL, LT., AND JOE ELIZARDI § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Under 28 U.S.C. § 636(c), the parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.

| Signature | Date |
|---|---|
| Gustavo Almaguer (Plaintiff) | 8/11/'95 |
| Dynah L. Jeffries | 9/11/95 |

Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. § 636(c)(3).

(Note: **File this with the Clerk only if it has been signed by all parties.**)

---

## ORDER OF REFERENCE

It is ORDERED that this matter is assigned to United States Magistrate Judge John Wm. Black, to conduct all further proceedings, including final judgment.

09/19/95
Date

Filemon B. Vela
United States District Judge