United States District Court
Southern District of Texas
FILED

SEP 1 1 1995

Michael N. Milby, Clerk

THE HONORABLE JOHN WM. BLACK

TELEPHONIC INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-94-328          DATE & TIME: 09-11-95 AT 9:30 A.M.

GUSTAVO ALMAGUER                   PLAINTIFF(S)    GUSTAVO ALMAGUER
                                   COUNSEL

VS.

PAULINE ALONSO, RN, ET AL.         DEFENDANT(S)    DYLBIA LEE JEFFERIES
                                   COUNSEL

------------------------------------------------------------------

A telephonic initial pretrial conference was held. Mr. Gustavo Almaguer appeared telephonically. Attorney Dylbia Jefferies appeared in person.

(1) All discovery must be completed by **March 15, 1996**.
    Extension must be filed no later than **March 1, 1996**.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order shall be filed no later than **May 17, 1996**.

(4) A final pretrial and settlement conference is set for **May 17, 1996 at 10:00 A.M.**

(5) Final Pretrial is set for **June 6, 1996 at 8:30 A.M** before Judge Filemon B. Vela. Jury selection is set for **June 7, 1996 at 9:00 A.M.** before Judge Filemon B. Vela.

(6) Trial on the merits is set for **June, 1996,** docket call.