IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUSTAVO ALMAGUER § | |
| § | |
| VS. § | CIVIL ACTION NO. B-94-328 |
| § | |
| PAULINE ALONSO, RN, MIRNA § | |
| UNIDENTIFIED, RN, UNIDENTIFIED § | |
| CANUL, LT., AND JOE ELIZARDI § | |

O R D E R

On this day came on to be considered the **telephonic initial pretrial conference** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **March 15, 1996.** If additional time is required, a motion requesting such extension must be filed no later than **March 1, 1996.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **May 17, 1996.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **May 17, 1996 at 10:00 A.M.**

(5) Final Pretrial is set for **June 6, 1996 at 8:30 A.M** before Judge Filemon B. Vela. Jury selection is set for **June 7, 1996 at 9:00 A.M.** before Judge Filemon B. Vela.

(6) Trial on the merits is set for **June, 1996,** docket call.

DONE at Brownsville, Texas, on this 11th day of September, 1995.

_____
John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com