25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 5 1995

Michael N. Milby, Clerk

| | |
|---|---|
| GUSTAVO ALMAGUER § | |
| Plaintiff, § | |
| § | |
| V. § | CASE NO. B-94-328-4 |
| § | |
| PAULINE ALONSO, RN, § | |
| MIRNA UNIDENTIFIED, RN, § | |
| UNIDENTIFIED CANUL, LT., AND § | |
| JOE ELIZARDI, § | |
| Defendants § | |

### DEFENDANTS MIRNA CASTILLO'S AND JUAN CANUL'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants Mirna Castillo (hereinafter Castillo) and Juan Canul (hereinafter Canul), in their official and individual capacities, named defendants in the above styled and numbered action, and pursuant to Federal Rule of Civil Procedure 12(b)(6), would submit this their Motion to Dismiss, and for cause would respectfully show unto the Court the following:

I.

Defendants Castillo and Canul herein file this their Motion To Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), For Failure To State A Claim Upon Which Relief Can Be Granted, based upon Plaintiff's cause of action alleging a claim for actions of Defendants Mirna Castillo and Juan Canul, notwithstanding their entitlement to qualified immunity for any such actions alleged. Defendants Castillo and Canul contend that Plaintiff's claim should be dismissed,

1

because Plaintiff has not pled a proper cause of action against Defendants Castillo and Canul on these matters. In that regard, Plaintiff's case should be dismissed for these reasons which are more fully set forth in Defendants' Memorandum In Support Of Their Motion To Dismiss filed contemporaneously herewith.

WHEREFORE, PREMISES CONSIDERED, the above-named Defendants would respectfully request this Court dismiss the Plaintiff's cause of action against them in its entirety due to Plaintiff's failure to state a cause of action pursuant to Federal Rules Of Civil Procedure 12(b)(6). These Defendants further pray for such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

LUIS V. SAENZ
CAMERON COUNTY ATTORNEY
Cameron County Courthouse
974 East Harrison Street
Brownsville, Texas 78520

_____
Dylbia L. Jefferies
Assistant County Attorney
Texas State Bar #00786515
S.D. No. #17065

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 6, the above pleading is exempt from the consultation requirement.

_____
Dylbia L. Jefferies

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant's Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted on this the <u>25th</u> day of October, 1995, has been forwarded via Certified Mail, Return Receipt Requested to:

Gustavo Almaguer
Inmate #673522
Hightower Unit
Rt. 3 Box 9800
Dayton, Texas 77535-9304


_____
Dylbia L. Jefferies