```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

NOV 0 6 1995

Michael N. Milby, Clerk

| | | |
|---|---|---|
| Gustavo Almaguer | § | |
| | § | |
| Vs. | § | Civil Action |
| | § | No. B-94-328 |
| Pauline Alonso, RN; | § | |
| Mirna, Unidentified RN; | § | |
| Unidentified Canul, LT.; | § | |
| And Joe Elizardi | § | |

## (PLAINTIFF'S) REQUEST FOR PRODUCTION OF DOCUMENTS
## TO DEFENDANT CAMERON COUNTY JAIL MEDICAL DEPARTMENT

**To:** Cameron County Jail Medical Department

**Comes Now,** Plaintiff Gustavo Almaguer and hereby addresses the following document request to Defendant Cameron County Jail Medical Department.

### I. Instructions and Definitions

1. You are directed to produce within (30) days from the day of service of this Request for Production the Documents and things identified in this request for Production.

2. Each document produced shall be produced as it is kept in the usual course of business (i.e., in the file folder or binder in which such documents were located when the request was served) or shall be organized or labeled to correspond to the Category of documents requested.

3. You are instructed to produce any and all documents which are in your possession, Custody or Control. Possession, Custody or Control includes Constructive possession whereby you have a right to Compel the production of a matter from a third party (including an agency, authority or representative).

4.  If the production of any document is objected to on the basis of a privilege, you shall provide the following information about such document:

   a) the nature of the privilege claimed (i.e., attorney - client work product, etc.);

   b) the factual and legal basis for the claim of such privilege;

   c) the identity of every person who was present when the document was prepared and of each person who has seen the document; and,

   d) the identity of every other document which refers to or describes the contents of the missing document.

5.  As used in this request for Production, the term "document" and "documents" shall be used in their broadest sense and shall mean and include all written, printed, typed, recorded, or graphic matter of every kind and description, both originals and copies and attachments and appendices thereto. Without limiting the foregoing, the terms "document" and "documents" shall include all agreements, Contracts, utters, telegrams, telexes, messages, memos, records, reports, books, any records of telephone conversations or any other records of meetings and conferences, summaries, diaries, appointment books, time records, instructions, work statistical data, statistical statements, financial statements, work sheets, work papers, graphs, accounts, analytical records, expense reports, and purchase orders.

6.  If any document for which production is requested has been lost or destroyed, for each such document state the circumstances relating to the loss or destruction, the approximate date of loss or destruction, and a reasonably complete description of the contents of said document.

## II.  REQUESTS

REQUEST NUMBER 1

   Any and all documents:

1. supplied to defendant or its Counsel by every expert witness defendant expects to call at the trial of this lawsuit.

2. supplied to every expert witness defendant expects to call at the trial of this lawsuit, by defendant or its Counsel.

REQUEST NUMBER 2

Any and all documents reflecting statements made by defendant or any other person related to facts relevant to the allegations contained in Plaintiff's petition.

REQUEST NUMBER 3

Any and all documents reflecting, referring or relating to the incarceration of Gustavo Almaguer at the <u>Cameron County Jail and Detention Center</u> at any time from March 1993 to present, including any and all medical records from County Jail and Detention Center 1145 E. Harrison St., Brownsville, Texas, and Medical Records from Plaintiff's visits to Dr. Lash; medication prescribed on first visit.

REQUEST NUMBER 4

Any and all documents reflecting, referring or relating to any city or state ordinances, codes, rules, or regulations governing the medical department and physical conditions to be maintained at the Cameron County Jail, including, but not limited to any and all documents reflecting, referring or relating to the Compliance or violation of any such Ordinances, Codes, Rules or Regulations by the Cameron County Jail.

REQUEST NUMBER 5

Any and all documents reflecting, referring or relating to the number of prisoners incarcerated at the Detention Center, 1145 E. Harrison St., Brownsville, Tx., cell #B-3, from March 1993 to July 1994 and County Jail cell #3 DL, from same date as above.

REQUEST NUMBER 6

Any and all documents reflecting, referring or relating to the organizational structure of medical personnel at the Cameron County Jail from March 1993 to July 1994.

Respectfully Submitted,

*Gustavo Almaguer*
Gustavo Almaguer   #
L.V. Hightower Unit
Route 3 Box 9800
Dayton, Texas 77535-9304

**Certificate of Service**

I hereby Certify that on this __1__ day of __NOVEMBER__, 1995, a true and correct copy of Plaintiff's Request for Copies of Documents to Defendant Cameron County Jail Medical Department was mailed by certified mail, return receipt request, to all attorneys of record for defendants.

*Gustavo Almaguer*
Gustavo Almaguer