28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Gustavo Almaguer | § | |
| | § | United States District Court |
| Vs. | § | Civil Action |
| | § | No. B-94-328 |
| Pauline Alonso, RN, | § | FILED |
| Mirna Unidentified, RN, | § | NOV 1 7 1995 |
| Unidentified Canul, LT., | § | Michael N. Milby, Clerk |
| And Joe Elizardi | § | |

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Re: Plaintiff, Gustavo Almaguer, pursuant to rule 15(a) and 19(a) Fed. R. Civ. Proc. Requests Leave To File an Amended Complaint, adding parties.

I.

Plaintiff, in his original Complaint named the defendants: Pauline Alonso, RN; Mirna, unidentified RN; unidentified Canul, LT; and Joe Elizardi.

II.

Since the filing of the Complaint, the Plaintiff has determined that additional defendants need to be added to this Civil Action; namely, Sheriff Alex F. Perez, The Commissioner's Court of Cameron County, and Cameron County.

**Wherefore Premises Considered,** Plaintiff prays this Honorable Court will grant this his "Motion For Leave to File an Amended Complaint".

Respectfully Submitted,

*Gustavo Almaguer*
Gustavo Almaguer
L.V. Hightower Unit
Route 3 Box 9800
Dayton, Texas 77535-9304