

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Gustavo Almaguer | § | |
| | § | |
| Vs. | § | Civil Action |
| | § | No. B-94-328 |
| Sheriff Alex F. Perez, | § | |
| The Commissioner's Court | § | |
| Of Cameron County, and | § | |
| Cameron County. | § | |

United States District Court
Southern District of Texas
FILED

NOV 17 1995

Michael N. Milby, Clerk

## PLAINTIFF'S AMENDED COMPLAINT

To The Honorable Judge of Said Court:

Plaintiff, **Gustavo Almaguer**, files this Amended Complaint Complaining of Sheriff Alex F. Perez, The Commissioner's Court of Cameron County, and would respectfully show the following:

### Jurisdiction

(1) This is a Civil Rights Action under 42 U.S.C. § 1983. This Court has jurisdiction under 28 U.S.C § 1343. Plaintiff also invokes the pendant jurisdiction of this Court.

### Parties

(2) Plaintiff Gustavo Almaguer is presently incarcerated at the L.V. Hightower Unit of The Texas Department of Criminal Justice - Institutional Division, Route 3 Box 9800, Dayton, Texas 77535. Gustavo's number is 673522.

(3) Defendent Sheriff Alex F, Perez is responsible for the operation and supervision of Cameron County Jail. Therefore, he is being sued in his official capacities pursuant to Fed. R. Civ. Proc. rule 25(d)(1). Service of this Amended Complaint may be made, pursuant to 28 U.S.C. § 1915 (c), by serving Sheriff Alex F. Perez 954 E. Harrison St., Brownsville, Texas 78520.

(4) Defendant Commissioner's Court of Cameron County is responsible for maintaining a "<u>safe</u>" and "<u>suitable</u>" Jail. Therefore, the Commissioner's Court is being sued in its official capacities. Pursuant to 28 U.S.C § 1915 (c), Service of this Amended Complaint may be made by serving the Commissioner's Court of Cameron County Courthouse, 964 E. Harrison St., Brownsville, Texas 78520. <u>County Commissioners</u>:

1.) Lucino Rosenbaum Jr.;  2.) Carlos H. Cascos;  3.) James R. Martinez;  4.) Hector Pena.

Now comes the Plaintiff, Gustavo Almaguer, adding a party, with the Honorable Court's permission. The party to be added is as follows:

(5) Defendent, Cameron County is responsible for the enforcement of various codes and policies and the condition of Cameron County Jail. Cameron County may be served pursuant to 28 U.S.C. § 1915. Service of this Amended Complaint may be made by serving Luis V. Saenz Courthouse 974 E. Harrison St., Brownsville, Texas 78520.

### Introduction and Factual Background

(6) Gustavo Almaguer filed this suit pursuant to 42 U.S.C. § 1983. The Defendent's, Sheriff Alex F. Perez, The Commissioner's Court, and Cameron County, acting under the Color of State Law, deprived Gustavo Almaguer of rights guaranteed by the Eighth Amendment to the Constitution of the United States. Gustavo Almaguer brings this Action in connection with the Conditions under which he was forced to live while incarcerated in Cameron County Jail, and injuries he received due to those conditions. Gustavo Almaguer was a resident of Cameron County Jail (Old County Jail) and Detention Center, 1145 E. Harrison St., Brownsville, Texas 78520, from March 1993 through July 1994.

(7) While in the Cameron County Jail, Gustavo Almaguer was subjected to various unconstitutional deprivations. He was forced to exist in conditions that can only be characterized as Cruel and Unusual punishment. The constitutional deprivations resulted from the totality of conditions. These unconstitutional conditions can be

categorized as general conditions, inadequate medical treatment, dietary inadequacies, sleep deprivation, inadequate safety measures, plus an inadequate classification system.

### The General Conditions Were Appalling.

(8) Gustavo Almaguer was housed in cell #B-3 at Detention Center at 1145 E. Harrison St. Brownsville, Texas 78520. Cell B-3 was extremely overcrowded as it should reflect on record. While housed in cell B-3, Gustavo Almaguer went through extreme and severe pain of body and of mind, due to the fact that inmates performed "Talacha" clean up twice a day. Furthermore, because of the design limitations and scarcity of bunks, Gustavo Almaguer was forced to sleep on the floor. Gustavo Almaguer remained on the floor of cell B-3 for weeks... during "Talacha" (Clean Up), Gustavo was forced to move his mattress and all property up on top of dinning tables; all these duties cause severe pain because of injured hand that Almaguer was forced to use. No medication was given to Gustavo; eventhough Dr. Lash prescribed some medication on first visit to see him, medication was never given to Gustavo and it should reflect in Dr. Lash's records as stated in original complaint.

(9) Subsequently, Gustavo Almaguer was crammed in cell 3-DL of County Jail. Cell 3-DL was extremely overcrowded, worst than cell B-3 at the Detention Center and it so should reflect on record. Again, Gustavo did not sleep in a bed for a long period of time (couple of months), and therefore, Gustavo's severe pain of body and mind continued while crammed in 3-DL cell, still no medication was given, nor medical treatment.

(10) Besides the thongs of other inmates, Gustavo shared his floor accommodations with mice, fruit flies, diseased-laden parasites, and inmates with T.B. (Tuberculosis). Again, Gustavo did not sleep in a bed and continuously had to move mattress around during clean up "Talacha" with his damaged hand.

### Meals Provided Were Inadequate

(11) Gustavo and the other inmates of Cameron County Jail were fed a daily diet that only on occasion consisted of meat, calcium or vitamin C.

(12) There were other problems associated with the meals at the County Jail. For instance, the eating facilities were wholly inadequate. Gustavo was forced to eat off the floor.

### Gustavo Was Regularly Deprived of Sleep

(13) Gustavo was sleep deprived during his entire stay at the Cameron County Jail. As was mentioned above, the County Jail and Detention Center had inadequate facilities to bed the inmates. Gustavo slept on the floor with other prisoners and inhospitable creatures.

Inmates regularly banged on table while playing Dominoes and Cards which went on all night, every night. The noise made it very difficult to sleep. Under these conditions, Gustavo slept no more than (4) four hours a night.

### The Jail Had Inadequate Safety Measures

(14) The Jailers never come into the cells for inspection or supervision (old County Jail cell 3-DL) and allowed fights among the prisoners to progress unchecked; as a result, riots broke out and many people were injured.

Many of the conditions in the Jail violated city fire safety codes as well as "Occupancy Limits"; as a result, it provoked a hunger strike for lengthy periods of time in order to call the attention of the media, city officials and County Jail authorities. Gustavo was forced not to eat for a lengthy period of time (weeks). All these incidents that are on record provoked a suit against the Cameron County Jail for overcrowding that caused the building and opening of another facility Detention Center.

### The Jail Had No Law Library

(15) Gustavo had no access to an adequate Law Library, or adequate assistance from any person trained in the law in order to have "a reasonably adequate opportunity to present claimed violations of fundamental constitutional rights to the Courts."

### The Conditions In The County Jail Injured Gustavo

(16) Because of the despicable and unconstitutional conditions listed above combined with an inadequate classification system, Gustavo suffered physical injuries. Gustavo suffers irreparable injuries as well as extreme mental anguish and emotional distress.

### First Cause of Action Violation of
### 42 U.S.C. § 1983

(17) Gustavo incorporates by reference paragraphs 1-16 and re-alleges them as though set forth in full.

Wherefore, Plaintiff, Gustavo Almaguer, requests that on final trial, Gustavo have judgment against Defendants for:

a) Damages in excess of the jurisdictional limits of this Court, in an amount to be determined by the trier of facts;

b) all other and further relief at law or in equity, to which Plaintiff may show himself to be justly entitled.

Respectfully Submitted,

*Gustavo Almaguer*
**Gustavo Almaguer   #**
**L.V. Hightower Unit**
**Route 3 Box 9800**
**Dayton, Texas 77535-9304**