STATE OF TEXAS )

United States District Court
Southern District of Texas
FILED

JAN 5 1996

Michael N. Milby
Clerk of Court

# AFFIDAVIT

Before me, the undersigned authority, personally appeared, Genaro Martinez Garcia TDC-J #702130, affiant, who after being first duly sworn according to Law, deposed to me and says:

My name is Genaro Martinez Garcia I'm over 21 years of age, and is of sound mind and health, no one has threatened me nor place me in any kind of fear to make this statement in which I Genaro Martinez Garcia of my own volition, intelligently, knowningly, willingfully and voluntarily states:

I was encarcerated in the Cameron County Jail 2nd Floor in 1993 the same cell floor that Gustavo Almaguer was located at. I was diagnosed with positive (TB) Tuberculosis infection.

There was an evident proof of the germs among all of us inmates while at this jail overcrowding situation. I was diagnosed and taken to Brownsville Texas T.B. Clinic (Texas dept of health) after the media replied to various complaints made, and while adding pressure to County officials about this negligence matter, some skin tests began at County Jail and consequently T.B. Clinic Texas Dept of health, as it should reflect in records.

I was isolated and given preventory gear. Face mask and appropiate suit.

I'm also an eye witness of Gustavo Almaguer medical problems while he had cast on, after his complaints they did nothing and were neglecting him medical attention.

( NEXT PAGE )

I Genaro Martinez Garcia, have read as transalated to me by MICHAEL MORENO TDC-J # 687122 *Michael Moreno* witness, LEON RALPH TURBOWITZ TDC-J # 517185 *Leon R Turbowitz* the contents herein and I realize anything I have said herein Found to be un true, will subject me to the penalties of perjury, and thus, I'm willing to testify the same in a Court of Law.

I Genaro Martinez Garcia, declare under the penalty of perjury the above is true and Correct.

Genaro Martinez Garcia #702130
Route 3 Box 9800
Dayton, Texas. 77535-9304
*Genaro Martinez Garcia*

Sworn and subscribed to before me this 20 day of DECEMBER 1995

*J.S. Fitzhugh*
NOTARY PUBLIC

[Seal: J.S. FITZHUGH 12-20-95]

7-20-99
My Commission Expires