32

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE RAUL CASTILLO, ET AL | § | |
| VS. | § | |
| CAMERON COUNTY, TEXAS | § | CIVIL ACTION NO. B-93-260 |
| VS. | § | |
| THE STATE OF TEXAS, ET AL | § | |

..................................................

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | |
| VS. | § | CIVIL ACTION NO. B-94-328 |
| UNIDENTIFIED ALONSO, RN, ET AL | § | |

..................................................

### O R D E R

The previously entered order to Consolidate is hereby VACATED. As of the date of this order, all motions shall be refiled in Civil Action No. B-94-328.

Done at Brownsville, Texas on _8TH_ day of February, 2000.

_____
John Wm. Black
U. S. Magistrate Judge