33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE TEXAS-

United States District Court
Southern District of Texas
ENTERED

MAR 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUSTAVO ALMAGUER, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-328 |
| | § | |
| SHERIFF ALEX R. PEREZ | § | |
| THE COMMISSIONER'S COURT | § | |
| CAMERON COUNTY, et. al., | § | |
|     Defendant. | § | |

## ORDER

Before this Court is Plaintiff's Motion for Summary Judgment (Docket No. 120). After reviewing the Brief submitted by the Plaintiff and the applicable case law, it is hereby **ORDERED** that this Motion be **DENIED**.

DONE at Brownsville, Texas on this 29th day of February, 2000.

_____
John Wm. Black
United States Magistrate Judge