34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-328 |
| | § | |
| PAULINE ALONSO, RN, MIRNA | § | |
| UNIDENTIFIED, RN, UNIDENTIFIED | § | |
| CANUL, LT., AND JOE ELIZARDI | § | |

### O R D E R

Upon reviewing this file, the court is of the opinion that the ends of justice would be served by appointing the Honorable Fred Kowalski, Jr., attorney at law, to investigate the case and determine whether or not it should be further prosecuted.

IT IS THEREFORE **ORDERED** that Fred Kowalski, Jr. be appointed for this purpose.

DONE at Brownsville, Texas, this 23rd day of August, 2000.

John Wm. Black
United States Magistrate Judge