35

United States District Court
Southern District of Texas
FILED

OCT 13 2000

Michael N. Milby
Clerk of Court

**GONZALES AND KOWALSKI
LAW OFFICES
1440 E. 7TH
Brownsville, Texas 78520
(956) 546-1499 phone
(956) 546-9917 fax**

Attorney  
**JOSE GONZALES**

Attorney  
**FRED A. KOWALSKI**

October 3, 2000

Judge John Wm. Black
United States Magistrate Judge
600 E. Harrison
Brownsville, Texas 78520
(956)548-2570

Re: Civil Action No. B-94-328
Gustavo Almaguer
vs.
Pauline Alonso, RN, Mirna Unidentified, RN
Unidentified Canul Lt., and Joe Elizardi

Dear Judge:

On August 23, 2000, I received an Order from your court appointing me to investigate the above mentioned case and determine whether or not it should be further prosecuted.

Your Honor, in the first part of September, I started tracking down this individual (Almaguer) and determined that his TDC# was 673522, and that his address was Rt. 3, Box 9800, in Dayton, Texas. 77535.

After several conference calls, I found out that this inmate had been transferred to several facilities throughout his time in jail. The last prison that this inmate could be tracked to was the Henley Unit (936) 258-5545 and or the High Tower (936) 258-8013, at Huntsville Wall, Huntsville, Texas. I was advised after extensive investigation that Mr. Gustavo Almaguer, the plaintiff in the above mentioned cause, had been released from jail as of June 2, 2000. He had been released to mandatory supervision with an INS Detainer. I have called several Immigration phone numbers with no avail.

In the latter part of September, I talked with Mr. Ed Stapleton and asked him for advise on to how to proceed with this matter. He informed me that I had to exhaust all possibilities of finding Mr. Almaguer. He also provided me with a Border Patrol agent who would be able to assist me in finding Mr. Almaguer. His name is Charles Maxwell from the Brownsville

Immigration Office.

At present, I am in the process of finally tracking this man down probably in the country of Mexico. I will keep you posted of any progress that I make in finding this individual. If not, I will likewise keep you posted.

If you have any questions regarding this matter, please do not hesitate to have your secretary call my office.

Sincerely,

Fred A. Kowalski