IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 15 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUSTAVO ALMAGUER, Plaintiff | § § | |
| VS | § § § | CIVIL ACTION NO. B-94-328 |
| SHERIFF ALEX R. PEREZ, THE COMMISSIONER'S COURT CAMERON COUNTY, ET AL, Defendants | § | |

## APPLICATION TO APPEAR AS PLAINTIFF'S ATTORNEY IN CHARGE PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, ABNER BURNETT, a Member in good standing of the State Bar of Texas and files this his Application to Appear as Attorney in Charge Pro Hac Vice and respectfully prays:

I.

That he be admitted to practice before this Honorable Court fox the above case only. Applicant graduated from the South Texas College of Law, Houston, Texas. Applicant has never been suspended, disbarred, or reprimanded and is admitted to practice in the United States District Court for the Western District of Texas.

Pro Hac Vice                                                                 1

Counsel states that he has read *Dondi* 1,21 F.R.D. 284 and the Local Rules and will comply with said material.

This Motion is made in compliance with Rule 1.K of the Local Rules of The United States District Court for the Southern District of Texas.

WHEREFORE, PREMISES CONSIDERED, ABNER BURNETT respectfully prays that he be entered upon the record as the attorney in this case only.

```
                              Respectfully submitted,

                              LAW OFFICE OF ABNER BURNETT
                              316 NORTH TEXAS AVENUE
                              ODESSA, TX 79761
                              915-333-3537
                              915-333-3761 FAX

                          BY: _____
                              ABNER BURNETT
                              STATE BAR NO. 03425770
                              APPLICANT ATTORNEY IN
                              CHARGE FOR Plaintiff
```

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Application for Appearance Pro Hac Vice was on this the, 12th day of, December, 2000, forwarded to Dylbia Lee Jefferies, Assistant County Attorney, Camaron County Courthouse, 974 E. Harrison, 2d Floor, Brownsville, TX 78520, according to the Federal Rules of Civil Procedure.

_____
ABNER BURNETT