37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUSTAVO ALMAGUER, Plaintiff | § § § |
| | §    CIVIL ACTION NO. B-94-328 |
| VS | § |
| | § |
| SHERIFF ALEX R. PEREZ, THE COMMISSIONER'S COURT CAMERON COUNTY, ET AL, Defendants | § |

**ORDER**

BEFORE ME, on this day came on for consideration the application of ABNER BURNETT to make his appearance and represent the defendant in the above-captioned case. Applicant is a member in good standing of the State Bar of Texas and appears to the Court in all things to be morally as well as legally qualified far the granting of this Motion.

WHEREFORE, PREMISES CONSIDERED, IT IS ORDERED, ADJUDGED and DECREED that ABNER BURNETT shall join in this case as Attorney in Charge for the PLAINTIFF, GUSTAVO ALMAGUER , Pro Hac Vice.

SIGNED ON THIS THE 18TH DAY OF DECEMBER 2000 .

_____
JUDGE PRESIDING