39

United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

JAN 1 8 2001

STATUS CONFERENCE

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-94-328          DATE & TIME: 01-18-01 AT 2:00 P.M.

GUSTAVO ALMAGUER                    PLAINTIFF(S) ABNER BURNETT
                                    COUNSEL

VS.

PAULINE ALONSO, RN, ET AL.          DEFENDANT(S) DYLBIA LEE JEFFERIES
                                    COUNSEL

-------------------------------------------------------------------------

Attorneys Abner Burnett and Dylbia Jefferies appeared in chambers.

Plaintiff to file an Amended Complaint on or before March 1, 2001.

Parties will submit an Agreed Scheduling Order.