IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUSTAVO ALMAGUER § | |
| Plaintiff § | |
| § | |
| § | CIVIL ACTION NO. B-94-328 |
| VS | |
| § | |
| § | |
| SHERIFF ALEX R. PEREZ, § | |
| THE COMMISSIONERS' COURT § | |
| CAMERON COUNTY, ET AL | |
| Defendants | |

United States District Court
Southern District of Texas
FILED

MAR 0 5 2001

Michael N. Milby
Clerk of Court

**PLAINTIFF'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME WITHIN WHICH TO AMEND PLEADINGS**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes the Plaintiff in the above entitled and numbered cause, by and through his attorney Abner Burnett, asking of this court to grant additional time within which to amend his pleadings. **Dylbia Jefferies counsel for the Defendants, has indicated in a telephone conversation today that she does not oppose this motion.** The Plaintiff shows:

I.

This claim was originally brought by the Plaintiff pro se. An attorney for the Plaintiff was granted leave to appear before the Court pro hac vice on December 18, 2000. The case is several years old, having been at one time

consolidated with other claims, then severed from those claims to be handled independently.

Included in the Plaintiff's most recently filed pleadings is a claim that he was denied medical care and received inappropriate medical care. However, the claim is broadly and generally worded. It is clearly composed not by a lawyer, but by a lay person.

In order to compose a properly specific pleading, including factual allegations, counsel for the Plaintiff needs access to medical records regarding the Plaintiff and generated during the relevant time period.

II.

On January 18, 2001 counsel for the parties met with the U.S. magistrate Judge John WM. Black in a status conference. During the conference it was agreed that the Plaintiff would have until March 1, 2001 to amend his pleadings. This agreement was predicated in part upon a promise from counsel for the Defendants to respond to the Plaintiff's discovery requests. Particularly, counsel for the Plaintiff needs copies of medical records that are in the custody of the Defendants. Counsel for the Plaintiff

CIVIL ACTION NO. B-94-328   Req Ext Ple                            2

there is this morning spoken with counsel for the Defendants, who reports that she is trying to get the records and delivered to her. There is no reason to believe that she has not made good faith effort to retrieve the records.

### III.

The Plaintiff is currently a resident of Mexico. The Plaintiff, through his attorney, is attempting to obtain copies of relevant medical records by request to health care providers. Based on his experience, counsel for the Plaintiff expects that it may take thirty to sixty days more from the date of this Motion to acquire the records. Consequently, the Plaintiff asks this court to grant him an extension of time until May 1, 2001 within which to amend his pleadings.

### IV.

This request is made so the Justice can be done, and not for the purpose of delay.

**Wherefore, premises considered**, the Plaintiff asks this court to grant him until May 1, 2001 to amend his pleadings, and prays for any additional relief to which the court may feel the Plaintiff is entitled at law or equity.

CIVIL ACTION NO. B-94-328  Req Ext Ple                    3

Respectfully submitted,

The Law Office of Abner Burnett
316 North Texas Avenue
Odessa, TX 79761
915-333-3537
Fax: 915-333-3761

By: Abner Burnett
TBA# 03425770

## CERTIFICATE OF SERVICE

This is to certify that on March 2, 2001, a true and correct copy of the above and foregoing document was served on the Cameron County Attorney's office, Civil Division, Dylbia Lee Jefferies, Asst. County Atty., Cameron County Courthouse, 974 E.Harrison, 2nd Floor, Brownsville, TX 78520 by certified mail, return receipt requested.

Abner Burnett

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION
```

GUSTAVO ALMAGUER              §
Plaintiff                     §
                              §
                              §    CIVIL ACTION NO. B-94-328
VS                            §
                              §
                              §
SHERIFF ALEX R. PEREZ,        §
THE COMMISSIONERS' COURT      §
CAMERON COUNTY, ET AL
Defendants

**ORDER ON PLAINTIFF'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME WITHIN WHICH TO AMEND PLEADINGS**

On _____, the Court considered the Plaintiff's Unopposed Request For An Extension Of Time Within Which To Amend Pleadings, and is of the opinion that the same should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Plaintiff is granted an extension to file the amended pleadings until May 1, 2001.

**SIGNED** on _____, 2001.

_____
John WM. Black
U.S. Magistrate Judge

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUSTAVO ALMAGUER § | |
| Plaintiff § | |
| § | |
| § | CIVIL ACTION NO. B-94-328 |
| VS | |
| § | |
| § | |
| SHERIFF ALEX R. PEREZ, § | |
| THE COMMISSIONERS' COURT § | |
| CAMERON COUNTY, ET AL | |
| Defendants | |

**ORDER ON PLAINTIFF'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME WITHIN WHICH TO AMEND PLEADINGS**

On _____, the Court considered the Plaintiff's Unopposed Request For An Extension Of Time Within Which To Amend Pleadings, and is of the opinion that the same should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Plaintiff is granted an extension to file the amended pleadings until May 1, 2001.

**SIGNED** on _____, 2001.

_____
John WM. Black
U.S. Magistrate Judge

ClibPDF - www.fastio.com

   316 N. Texas Ave., Odessa, TX 79761
915-333-3537   Fax 915-333-3761

March 2, 2001

United States District Court
Southern District of Texas, Brownsville Division
U.S. Magistrate Judge, John WM. Black
**Attn: Clerk of Court**
2042 Federal Building, 600 E. Harrison St.
Brownsville, TX 78520-7114

United States District Court
Southern District of Texas
RECEIVED

MAR 0 5 2001

Michael N. Milby, Clerk

RE: Civil Action No.: B-94-328; Gustavo Almaguer vs. Sheriff Alex R. Perez, The Commissioners' Court Cameron County, et al; In the U.S. District Court for the Southern District of Texas, Brownsville Division

Dear Clerk of Court:

Enclosed is the original and two copies of Plaintiff's Request For An Extension Of Time Within Which To Amend Pleadings.

Please return a file-stamped or conformed copy of the document filed to the undersigned in the self-addressed, stamped envelope enclosed for your convenience.

If you have any questions regarding this matter, then please contact me at (915) 333-3537.

Sincerely,

Abner Burnett
Attorney for Gustavo Almaguer

AB/ts

Enclosure

CC: Dylbia Lee Jefferies, Asst. County Atty., Cameron County Courthouse, 974 E. Harrison, 2nd Floor, Brownsville, TX 78520