41

United States District Court
Southern District of Texas
ENTERED

MAR 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NO. B-94-328 |
| VS | | |
| | § | |
| | § | |
| SHERIFF ALEX R. PEREZ, | § | |
| THE COMMISSIONERS' COURT | § | |
| CAMERON COUNTY, ET AL | | |
| Defendants | | |

### ORDER ON PLAINTIFF'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME WITHIN WHICH TO AMEND PLEADINGS

On __29 MARCH__, the Court considered the Plaintiff's Unopposed Request For An Extension Of Time Within Which To Amend Pleadings (DOCKET NO 40), and is of the opinion that the same should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Plaintiff is granted an extension to file the amended pleadings until May 1, 2001.

SIGNED on __29 MARCH__, 2001.

_____
John WM. Black
U.S. Magistrate Judge