44

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

AUG 0 6 2001

Michael N. Milby, Clerk of Court
by Deputy Clerk

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-328 |
| | § | |
| UNIDENTIFIED ALONSO, RN, | § | |
| ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                  ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                    DATE AND TIME:

**AUGUST 23, 2001 AT 2:00 P.M.**

_____
JOHN WM BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 6, 2001

TO:      MR. FRED KOWALSKI
         MR. ABNER BURNETT
         MR. DYLBIA JEFFEREIES VEGA
         MR. RICHARD BURST