45

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

AUG 2 3 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-94-328          DATE & TIME: 08-23-01 AT 2:00 P.M.

GUSTAVO ALMAGUER              PLAINTIFF(S)   FRED KOWALSKI
                              COUNSEL        ABNER BURNETT

VS.

UNIDENTIFIED ALONSO, RN., ET AL.   DEFENDANT(S)  DYLBIA JEFFERIES VEGA
                                   COUNSEL       RICHARD BURST

-------------------------------------------------------------------------

   Attorneys Fred Kowalski and Richard Burst appeared in chambers, attorney Abner Burnett appeared telephonically.

   Attorney Fred Kowalski is no longer associated with this case, the clerk is instructed to remove him from the docket sheet.

   Scheduling dates were selected.