46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 27 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUSTAVO ALMAGUER § | |
| § | |
| VS. § | CIVIL ACTION NO. B-94-328 |
| § | |
| UNIDENTIFIED ALONSO, R.N., ET AL. § | |

O R D E R

On this day came on to be considered the **status conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) Defendants will file a Motion for Summary Judgment on or before **January 7, 2002.** Plaintiff will file a response on or before **February 4, 2002.**

(2) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **March 14, 2002.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(3) A final pretrial and settlement conference is set for **March 14, 2002 at 1:30 P.M.**

(4) Final Pretrial is set for **February 28, 2002 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **March 2, 2002 at 8:30 A.M.** before Judge Filemon B. Vela.

(5) Trial is set for **March 25, 2002 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 23rd day of August, 2001.

John Wm. Black
United States Magistrate Judge