UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GUSTAVO ALMAGUER, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. B-94-328-4 |
| | § | |
| SHERIFF ALEX F. PEREZ, THE | § | |
| COMMISSIONERS COURT OF | § | |
| CAMERON COUNTY AND CAMERON | § | |
| COUNTY, | § | |
| Defendants | § | |

## MOTION TO EXTEND TIME TO SUBMIT
## MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Defendant Cameron County, and respectfully moves the Court to extend the time to submit its Motion for Summary Judgment for thirty days and in support thereof show the Court:

1. The date for filing of Defendant Cameron County's Motion for Summary Judgment was set for January 7, 2002.

2. Counsel for Defendant Cameron County has been ordered to be at home by her doctor due to her pregnancy;

3. Counsel for Plaintiff, Mr. Abner Burnett does not have any objections and will be filing his own Motion to Extend Discovery Time and Trial Date;

WHEREFORE, premises considered these Defendants pray the Court extend the time for Defendant Cameron County to submit its Motion for Summary Judgment for thirty days.

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: 210/550-1345
Facsimile: 210/550-1348

BY: _____
Dylbia L. Jefferies Vega
Attorney of Record
Texas State Bar #00786516

CERTIFICATE OF SERVICE

I, Dylbia L. Jefferies Vega, do hereby certify that on this 7th day of January, 2002, a true and correct copy of Defendant Cameron County's Motion to Extend Time to Submit Motion for Summary Judgment has been mailed to: Abner Burnett, 316 North Texas Avenue, Odessa, Texas 79761.

_____
Dylbia L. Jefferies Vega