United States District Court
Southern District of Texas
ENTERED

JAN 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUSTAVO ALMAGUER, § | |
| Plaintiff, § | |
| § | |
| V. § | CASE NO. B-94-328-4 |
| § | |
| SHERIFF ALEX F. PEREZ, THE § | |
| COMMISSIONERS COURT OF § | |
| CAMERON COUNTY AND CAMERON § | |
| COUNTY, § | |
| Defendants § | |

## ORDER EXTENDING TIME TO SUBMIT
## MOTION FOR SUMMARY JUDGMENT

On this day the Court considered Defendants Cameron County's Motion to Extend Time to Submit Motion for Summary Judgment (DOCKET NO. 47) for thirty days. After considering the Motion, the Court is of the opinion it should be GRANTED.

It is therefore, ORDERED, that the time for Defendant Cameron County to submit its Motion for Summary Judgment has been extended for thirty days. THE MOTION IS TO BE FILED ON OR BEFORE FEB. 8 2002.

SIGNED this 8T day of JANUARY, 2002.

_____
Presiding Judge