49

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 2 4 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-328 |
| | § | |
| UNIDENTIFIED ALONSO, R.N., ET AL. | § | |

## SCHEDULING ORDER

IT IS HEREBY ORDERED THAT:

(1) Defendants will file a Motion for Summary Judgment on or before **February 25, 2002.** Plaintiff will file a response on or before **March 15, 2002.**

(2) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **April 17, 2002.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(3) A final pretrial and settlement conference is set for **April 17, 2002 at 1:30 P.M.**

(4) Final Pretrial is set for **April 4, 2002 at 8:30 A.M.** before Magistrate Judge John Wm. Black.
Jury selection is set for **April 5, 2002 at 8:30 A.M.** before Judge Filemon B. Vela.

(5) Trial is set for **April 29, 2002 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 22nd day of January, 2002.

_____
John Wm. Black
United States Magistrate Judge