UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| GUSTAVO ALMAGUER,<br>    Plaintiff,<br>vs.<br>SHERIFF ALEX F. PEREZ, THE COMMISSSIONERS' COURT OF CAMERON COUNTY AND CAMERON COUNTY,<br>    Defendants | <u>CIVIL ACTION NO. B-94-328</u><br><br>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

United States District Court
Southern District of Texas
FILED

MAR 11 2002

Michael N. Milby
Clerk of Court

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Plaintiff, Gustavo Almaguer, and files this Motion, showing:

I

The Defendants filed their Motion for Summary Judgment on Feb 25, 2002,. The Plaintiff's counsel received the Motion on February 28, 2002. The deadline to respond is March 15, 2002. The Plaintiff asks the Court to extend the deadline to respond to April 1, 2002. This request is made not for the purpose of delay, but so that justice may be done. The Defendants do not oppose the Motion.

II.

The Plaintiff sent discovery requests to the Defendants. Responses to these requests were received on January 30, 2002. However, the Defendants had not yet been able at that time to produce some of the material requested, and promised to supplement. The materials are being made available for inspection on Monday March 11, 2002. Counsel for the Plaintiff will travel from Odessa, Texas to Brownsville to inspect the materials.

Alamaguer v. Unidentified Alonso et al  Mtn. re SJ Response

Several other cases against the Defendants have been cited in the Defendants' responses to interrogatories. Counsel for the Plaintiff intends to research the files on these cases while in Brownsville. He also hopes to contact the attorneys for Plaintiffs in those cases, and attempt to contact potential witnesses.

Counsel for the Plaintiff is a solo practitioner. It is improbable that he can adequately follow up on the discovery materials made available by the Defendants and then compose a timely response to the Motion for Summary Judgment under the current deadline.

**Wherefore, premises considered**, the Plaintiff asks this Court to grant his Motion, and afford the Plaintiff any such other relief to which he may be entitled

Respectfully submitted,

LAW OFFICE OF ABNER BURNETT
316 NORTH TEXAS AVENUE
ODESSA, TX 79761
915-333-3537
915-333-3062 FAX

BY: _____
ABNER BURNETT
STATE BAR NO. 03425770
APPLICANT ATTORNEY IN
CHARGE FOR Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Application for Appearance Pro Hac Vice was on this the First Day of May, 2001 forwarded to Dylbia Lee Jefferies, Assistant County Attorney, Cameron County Courthouse, 974 E. Harrison, 2d Floor, Brownsville, TX 78520, according to the Federal Rules of Civil Procedure.

_____
ABNER BURNETT

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUSTAVO ALMAGUER,<br>    Plaintiff,<br>vs.<br>SHERIFF ALEX F. PEREZ, THE COMMISSSIONERS' COURT OF CAMERON COUNTY AND CAMERON COUNTY,<br>    Defendants | CIVIL ACTION NO. B-94-328<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TME WITHIN WHICH TO FILE A RESPONSE TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

- COMES THIS COURT IN THE ABOVE IDENTIFIED CAUSE, and grants the Plaintiff's Motion. The Response to the Defendants' Motion for Summary Judgment is now due by April 1, 2002

Ordered this the _____ day of _____, 2002.

_____
Presiding Judge