52

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 14 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| GUSTAVO ALMAGUER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-328 |
| | § | |
| UNIDENTIFIED ALONSO, RN, ET AL. | § § | |

TYPE OF CASE.        __X__ CIVIL                                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT CAMERON COUNTY'S MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 50)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME.

APRIL 5, 2002 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 12, 2002

TO:   MR. ABNER BURNETT
      MR. DYLBIA JEFFEREIES VEGA
      MR. RICHARD BURST