IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 2 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUSTAVO ALMAGUER § | |
| § | |
| VS. § | CIVIL ACTION NO. B-94-328 |
| § | |
| UNIDENTIFIED ALONSO, R.N., ET AL. § | |

### FINAL JUDGMENT

BE IT REMEMBERED that on this 2nd day of April, 2002, came on to be considered Defendant Cameron County's Motion for Summary Judgment (Docket No. 50) and the Court after considering the same is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE **ORDERED** that the Defendant Cameron County's Motion for Summary Judgment be **GRANTED** and this case be **DISMISSED with prejudice**.

SIGNED at Brownsville, Texas, this 2nd day of April, 2002.

John Wm. Black
United States Magistrate Judge