Gustavo Almaguer # 675522
Jester Unit
Richmond, Texas   77469

United States District Court
Southern District of Texas
FILED
SEP 1 2 2005
Michael N. Milby
Clerk of Court

September 7, 2005.

United States District Court. Clerk Office
Michael N. Milby
101 Federal Bldg 600 E. Harrison St.
Brownsville, Texas.   78520-7114

RE: <u>COPY REQUEST OF AMENDED COMPLAINT by Gustavo Almaguer. FILED. 11/17/1995 (ogutierrez) FIRST AMENDED COMPLAINT AND COPY OF LETTER FROM ATTORNEY KOWALSKI TO JUDGE BLACK, FILED. 10/16/200</u>

Dear Clerk:

Please find enclosed Plainttif's <u>Copy request of First Amended Complaint by Gustavo Almaguer</u>, Filed. 11/17/1995. <u>And Copy of letter from Attorney Kowalski to Judge Black</u>, Filed. 10/16/2000,.
On Case Style:

GUSTAVO ALMAGUER,          )
        Plaintiff,         )
V.                         ) CASE No. <u>B-94-328-4</u>
                           )
SHERIFF ALEX PEREZ         )

THE COMMISSIONERS )
COURT OF CAMERON )
COUNTY AND ) CASE No. B-94-328-4
CAMERON COUNTY, )
    Defendant's )

Mr. Milby, please file accordingly in usual manner and send Plaintiff a copy receipt for his file as well.

Respectfully Submitted,

*Gustavo Almaguer*
Gustavo Almaguer #67352

Gustavo Almaguel #673522
Jester III Unit
Richmond, Texas. 77469

MAIL
United States District Court
Southern District of Texas
RECEIVED
SEP 12 2005
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
CLERK OFFICE. MICHAEL N. MILBY
101 FEDERAL BLDG. 600 E. HARRISON ST
BROWNSVILLE, TEXAS. 78520-7114

Legal M/N